**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF ILLINOIS

Case number *(if known)* ________ Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name** — **Twin Mills Timber & Tie Company, Inc**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN) — **37-1068157**

**4. Debtor's address**

**Principal place of business**

**3268 State Highway 37**
**West Frankfort, IL 62896**
Number, Street, City, State & ZIP Code

**Franklin**
County

**Mailing address, if different from principal place of business**

**PO Box 34**
**West Frankfort, IL 62896**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

**3268 State Highway 37 West Frankfort, IL 62896**
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

Debtor **Twin Mills Timber & Tie Company, Inc** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ■ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☐ No.
- ■ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | **Southern District of Illinois** | When | **10/14/11** | Case number | **11-41378** |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ■ No
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | | | | Relationship | |
| District | | When | | Case number, if known | |

Debtor **Twin Mills Timber & Tie Company, Inc** Case number (*if known*)
Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency
  Contact name
  Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Twin Mills Timber & Tie Company, Inc**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 5, 2017**
MM / DD / YYYY

*X* **/s/ Keith Wilson**
Signature of authorized representative of debtor

**Keith Wilson**
Printed name

Title **President**

---

**18. Signature of attorney**

*X* **/s/ Darrell Dunham**
Signature of attorney for debtor

Date **June 5, 2017**
MM / DD / YYYY

**Darrell Dunham**
Printed name

**Bankruptcy Advocates, LLP**
Firm name

**308 West Walnut**
**Carbondale, IL 62901**
Number, Street, City, State & ZIP Code

Contact phone **618-549-9800** Email address **bankruptcyadvocates@gmail.com**

**3124260**
Bar number and State

**Official Form 201A (12/15)**

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Southern District of Illinois

In re **Twin Mills Timber & Tie Company, Inc** Debtor(s)

Case No. ______

Chapter **11**

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is **NA**.

2. The following financial data is the latest available information and refers to the debtor's condition on **06/05/2017**.

a. Total assets $ **265,548.05**

b. Total debts (including debts listed in 2.c., below) $ **1,399,162.32**

c. Debt securities held by more than 500 holders:

| | | | | | | Amount | Approximate number of holders: |
|---|---|---|---|---|---|---|---|
| secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ **0.00** | **0** |
| secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ **0.00** | **0** |
| secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ **0.00** | **0** |
| secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ **0.00** | **0** |
| secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ **0.00** | **0** |

d. Number of shares of preferred stock **0** **0**

e. Number of shares common stock **9,000** **0**

Comments, if any:

3. Brief description of Debtor's business:
**pallet and wood mat manufacturing**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
**Fred Wilson 50%**
**Keith Wilsoni 50%**



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Twin Mills Timber & Tie Company, Inc**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF ILLINOIS

Case number (if known) ______________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ______________
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ______________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 5, 2017**

X **/s/ Keith Wilson**
Signature of individual signing on behalf of debtor

**Keith Wilson**
Printed name

**President**
Position or relationship to debtor



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Twin Mills Timber & Tie Company, Inc** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Alstat Wood Products<br>456 Hwy 4<br>Murphysboro, IL 62966** | | | | | | **$1,331.69** |
| **Antonik Law Office<br>PO Box 594<br>Mount Vernon, IL 62864** | | **Prior bankruptcy work** | | | | **$6,930.28** |
| **Dvis & Sons Co<br>PO Box 444<br>Fairfield, IL 62837** | | | | | | **$3,059.03** |
| **Ervin Leasing<br>PO Box 1689<br>Ann Arbor, MI 48106** | | | | | | **$5,121.97** |
| **General Electric Capital Corp<br>PO Box 740425<br>Atlanta, GA 30374-0425** | | | | | | **$3,873.88** |
| **Illinois Department of Employment S<br>Bankruptcy Unit<br>33 S. State Street, 10th Floor<br>Chicago, IL 60603** | | **Unemployment Contributions** | **Disputed** | | | **$44,869.73** |
| **Illinois Department of Revenue<br>BK Unit Level 7-425<br>100 Randolph St<br>Chicago, IL 60601** | | **940 & 941 tax** | | | | **$6,187.00** |
| **Internal Revenue Service<br>Bankruptcy<br>PO Box 7346<br>Philadelphia, PA 19101-7345** | | **940 & 941 taxes** | | | | **$54,000.00** |



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Twin Mills Timber & Tie Company, Inc** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Knapp Oil Co.<br>220 Front Street<br>PO Box 215<br>Xenia, IL 62899** | | **Fuel Expence** | | | | **$6,239.95** |
| **Lavalle Transportation<br>PO Box 550<br>Potsdam, NY 13676** | | | | | | **$630.00** |
| **Lone Oak Leasing Inc<br>3183 State Highway<br>West Frankfort, IL 62896** | | **Operating funds loaned to Twin Mills from Loan Oak Leasing.** | | | | **$124,000.00** |
| **Lone Oak Leasing Inc<br>3183 State Highway<br>West Frankfort, IL 62896** | | **Claim against Twin Mills for not have a John Deere Logging Skidder insured per the lease with Loan Oke Leasing. Skidder caught fire while being leased** | | | | **$47,000.00** |
| **Lone Oak Leasing Inc<br>3183 State Highway<br>West Frankfort, IL 62896** | | **Twin Mills owes Loan Oak Leasing for leased 2005 Freightliner FLD120 and a 540B Log Skidder** | | | | **$19,600.00** |
| **McVicker Enterprises LLC<br>214 S Philip Rd<br>Niles, MI 49120** | | **3183 State Rt 37 West Frankfort, IL 37 acres, old mine property<br>6 old mine buildings incorporating 1 shop<br>2 apartments with 3 storage areas** | | **$151,336.89** | **$111,000.00** | **$40,336.89** |
| **Occupational Safety and Health Admi<br>11 Executive Drive, Ste. 11<br>Fairview Heights, IL 62208** | | **OSHA Violations** | | | | **$11,227.00** |
| **Praxair Distribution<br>Dept Ch 10660<br>Palatine, IL 60055-0660** | | **Air gas** | **Disputed** | | | **$3,100.92** |



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Twin Mills Timber & Tie Company, Inc** Case number *(if known)*
Name

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **TCF Equipment Finance Inc<br>11100 Wayzata Blvd Ste 801<br>Minnetonka, MN 55305** | | **Truck Scales** | | **$3,518.62** | **$2,000.00** | **$1,518.62** |
| **Viking Forest Products LLC<br>c/o Andrew J. Pieper<br>Stoel Rives LLP<br>33 South 6th Street, Suite 4200<br>Minneapolis, MN 55403** | | **Arbitration award; Debot claims arbitraor lack jurisdiction.** | **Disputed** | | | **$872,416.88** |
| **Wells Fargo Equipment Finance<br>300 Tri State International<br>Suite 40<br>Lincolnshire, IL 60069** | | | | | | **$5,622.66** |
| **Westfield Insurance<br>PO Box 9001566<br>Louisville, KY 40290-1566** | | **Unpaid premiums** | | | | **$13,142.69** |



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Twin Mills Timber & Tie Company, Inc**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF ILLINOIS

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*... | $ | **175,850.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*... | $ | **89,698.05** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*... | $ | **265,548.05** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*... | $ | **167,879.85** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*... | $ | **105,056.73** |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*... | +$ | **1,126,225.74** |
| 4. **Total liabilities** ... Lines 2 + 3a + 3b | $ | **1,399,162.32** |



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Twin Mills Timber & Tie Company, Inc**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF ILLINOIS

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*<br>Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **First Bank (Operations Acct.)** | **Checking** | **5930** | **$19,330.07** |
| 3.2. | **First Bank (Tax Exscrow Acct.)** | **Checking** | **5943** | **$417.98** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$19,748.05**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.

☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.

☐ Yes Fill in the information below.

## Part 4: Investments



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Twin Mills Timber & Tie Company, Inc** Case number *(If known)*
Name

13. **Does the debtor own any investments?**

- ■ No. Go to Part 5.
- ☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No. Go to Part 6.
- ☐ Yes Fill in the information below.

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No. Go to Part 8.
- ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>3 computers, business signs, safe, desks, cabnets, furniture, shelving | $0.00 | | $3,000.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** **$3,000.00**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ■ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No. Go to Part 9.
- ■ Yes Fill in the information below.


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Twin Mills Timber & Tie Company, Inc** Case number *(If known)*
Name

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1. **1988 Freightliner White/Gre ($300)<br>1993 Red Freightliner ($300)<br>1995 Black Volvo ($100)<br>1993 Purple Volvo ($300)<br>1986 Western Star ($1000)<br>2006 Freightliner ($500)<br>2000 Dodge Dakota ($200)<br>1999 Ford F250 ($800)<br>2005 Dokota ($800)<br>1989 Chevy 3500 ($800)<br><br>Flat trailer ($2000)<br>1994 45' Transcraft trailer ($500)<br>Lowboy trailer ($500)<br>M&M Gooseneck trailer ($1200)<br>Tag log trailer ($1500)<br>1969 Neibors log trailer ($400)<br>40' log trailer ($800)<br>Red 2 axle 16' utility trailer ($400)** | **$0.00** | | **$12,400.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Hydro-Axe** | **$0.00** | | **$14,300.00** |
| **1994 John Deere 544G loader w/ forks & bucket ($6500)<br>John Deere 544E loader ($500)<br><br>Road grader ($500)<br>Koehring loader ($500)<br>Cat loader, hard tire ($1500)<br>2004 544J loader ($1500)<br>Clark loader ($500)<br>Michigan loader ($500)<br>Morgan buck saw w/ trailer ($2500)<br>Red knuckle boom (Kboom) ($1000)<br>JD tractor ($2500)<br>seeder ($200)<br>kubota mower ($1700)<br>Landpride box blade tiller ($700)<br>Landpride blade ($700)<br>Forks for a loder ($0 cut up for parts)<br>JLG boom lift ($500)<br>Prentice boom lift ($1500)** | **$0.00** | | **$23,300.00** |
| **Truck Scales** | **$0.00** | | **$2,000.00** |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Twin Mills Timber & Tie Company, Inc** Case number *(If known)*
Name

| | | | | |
|---|---|---|---|---|
| **Misc. extra machine parts ($2500)<br>1 lot of used tires and rims ($300)<br>Elctric tranformer ($200)<br>Electirc boxes am 800/600v ($200)<br>Virticle edger w/75hp motor ($1500)<br>240' conveyor frame parts, cut up for used parts ($200)<br>conveyor drag chain, used for parts in repairs of existing equipment ($200)<br><br>Misc. equipment in the scrap "bone" yard ($1000)<br>4 air compressors ($2000)<br>welder ($500)<br>band saws, one wood, one metal ($1000)<br>water tank ($250)<br>3 non working water pumps ($300)<br>hand tools ($800)<br>lazer ($200)<br>spade and core drills ($1500)<br>non-working genarator ($50)<br>saw horses ($150)<br>machine shop equipmnet, punch press, portable welder w/no motor ($2000)<br>2 non-working overhead hoists ($100)** | **$0.00** | | | **$14,950.00** |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87. **$66,950.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property**<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Twin Mills Timber & Tie Company, Inc** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | **3268 State Rt 37<br>West Frankfort IL<br>Twin mills office and plant, mill $51,500.00<br>28 acres m/l; 6 acres usable<br>office 1968 24 X 42<br>plant building<br>assemblies building<br><br>Electric Mill installed in 1978 w/ berry feed ($10,000)<br>Edger ($1500)<br>log deck ($1500)<br>roto turner ($350)<br>4 circle saws<br><br>Total value is $66,350** | **Fee simple** | **$0.00** | | **$64,850.00** |
| 55.2. | **3183 State Rt 37<br>West Frankfort, IL<br>37 acres, old mine property<br>6 old mine buildings incorporating 1 shop<br>2 apartments with 3 storage areas<br><br>Land, buildings $110,500<br>2 overheads $500.00** | **Fee simple** | **$0.00** | | **$111,000.00** |

56. **Total of Part 9.** **$175,850.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Twin Mills Timber & Tie Company, Inc**
Name

Case number *(If known)*

**Part 12: Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $19,748.05 | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,000.00 | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $66,950.00 | | |
| 88. | **Real property.** *Copy line 56, Part 9*.........................................................................................> | | | $175,850.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | | |
| 91. | **Total.** Add lines 80 through 90 for each column | $89,698.05 | + 91b. | $175,850.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | | $265,548.05 |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Twin Mills Timber & Tie Company, Inc**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF ILLINOIS

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 General Electric Capital Corp**
Creditor's Name

**1010 Thomas Edison Blvd., SW**
**Cedar Rapids, IA 52404**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**7/28/2010**

**Last 4 digits of account number**
**0001**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Hydro-Axe**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$13,024.34**
Column B: **$14,300.00**

---

**2.2 McVicker Enterprises LLC**
Creditor's Name

**214 S Philip Rd**
**Niles, MI 49120**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**3183 State Rt 37**
**West Frankfort, IL**
**37 acres, old mine property**
**6 old mine buildings**
**incorporating 1 shop**
**2 apartments with 3 storage areas**

**Land, buildings $110,500**
**2 overheads $500.00**

**Describe the lien**
**Purchaser under contract for deed**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**

Column A: **$151,336.89**
Column B: **$111,000.00**



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Twin Mills Timber & Tie Company, Inc** Case number (if know)

Name

**Date debt was incurred**

**2008**

**Last 4 digits of account number**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

2.3 **TCF Equipment Finance Inc**

Creditor's Name

**11100 Wayzata Blvd Ste 801**
**Minnetonka, MN 55305**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**0791**

**Describe debtor's property that is subject to a lien**

**Truck Scales**

**$3,518.62** **$2,000.00**

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$167,879.85**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Wells Fargo Equipment Finance**<br>**300 Tri State International**<br>**Suite 40**<br>**Lincolnshire, IL 60069** | Line **2.1** | |



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Twin Mills Timber & Tie Company, Inc**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF ILLINOIS

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Illinois Department of Employment S**<br>**Bankruptcy Unit**<br>**33 S. State Street, 10th Floor**<br>**Chicago, IL 60603**<br>Date or dates debt was incurred<br>**06/2010 - 06/2016**<br>Last 4 digits of account number **8996**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim:<br>**Unemployment Contributions**<br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$44,869.73** | **$44,869.73** |
| 2.2 | Priority creditor's name and mailing address<br>**Illinois Department of Revenue**<br>**BK Unit Level 7-425**<br>**100 Randolph St**<br>**Chicago, IL 60601**<br>Date or dates debt was incurred<br>Last 4 digits of account number **8157**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:<br>**940 & 941 tax**<br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$6,187.00** | **$6,187.00** |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com 40916 Best Case Bankruptcy

Debtor **Twin Mills Timber & Tie Company, Inc** Case number (if known)
Name

**2.3** Priority creditor's name and mailing address
**Internal Revenue Service**
**Bankruptcy**
**PO Box 7346**
**Philadelphia, PA 19101-7345**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$54,000.00** **$54,000.00**

Date or dates debt was incurred

Basis for the claim: **940 & 941 taxes**

Last 4 digits of account number **8157**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**Part 2: List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
**Alstat Wood Products**
**456 Hwy 4**
**Murphysboro, IL 62966**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**$1,331.69**

**3.2** **Nonpriority creditor's name and mailing address**
**Antonik Law Office**
**PO Box 594**
**Mount Vernon, IL 62864**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Prior bankruptcy work**
Is the claim subject to offset? ■ No ☐ Yes

**$6,930.28**

**3.3** **Nonpriority creditor's name and mailing address**
**CT Corporation**
**Irvine Corporate Service Team**
**CT Irvine Service Group**
**2875 Michelle Ste 100**
**Irvine, CA 92606-1024**
**Date(s) debt was incurred** **09/01/2015-08/31/2016**
**Last 4 digits of account number** **72MX**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Unknown**
Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

**3.4** **Nonpriority creditor's name and mailing address**
**David Hollon**
**c/o Brad L. Badgley**
**26 Public Square**
**Belleville, IL 62220**
**Date(s) debt was incurred** **7/28/2016**
**Last 4 digits of account number** **9141**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **IWCC Claim**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.5** **Nonpriority creditor's name and mailing address**
**Dvis & Sons Co**
**PO Box 444**
**Fairfield, IL 62837**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**$3,059.03**


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Twin Mills Timber & Tie Company, Inc** Case number (if known)
Name

**3.6** **Nonpriority creditor's name and mailing address**
**Ervin Leasing**
**PO Box 1689**
**Ann Arbor, MI 48106**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,121.97**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** **Nonpriority creditor's name and mailing address**
**Frontier Communications**
**PO Box 2955**
**Phoenix, AZ 85062-2955**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$272.94**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Telephone
Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**
**General Electric Capital Corp**
**PO Box 740425**
**Atlanta, GA 30374-0425**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,873.88**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** **Nonpriority creditor's name and mailing address**
**Hensons Septic Service**
**PO Box 337**
**Percy, IL 62896**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$455.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utility
Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**
**Jeffrey Phillips**
**c/o Sam C. Mitchell**
**Sam C. Mitchell & Associates**
**PO Box 280**
**West Frankfort, IL 62896**
**Date(s) debt was incurred** 12/21/2015
**Last 4 digits of account number** 7L07

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Law suit
Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**
**John Deere Financial fsb**
**PO Box 650215**
**Dallas, TX 75265-0215**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$519.95**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** **Nonpriority creditor's name and mailing address**
**Knapp Oil Co.**
**220 Front Street**
**PO Box 215**
**Xenia, IL 62899**
**Date(s) debt was incurred** _
**Last 4 digits of account number** TWINMILLST

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,239.95**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Fuel Expence
Is the claim subject to offset? ■ No ☐ Yes

---


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Twin Mills Timber & Tie Company, Inc** Case number (if known)
Name

**3.13** **Nonpriority creditor's name and mailing address**
**Kubota Credit Corp**
**PO Box 0559**
**Carol Stream, IL 60132-0059**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$446.48**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.14** **Nonpriority creditor's name and mailing address**
**Lavalle Transportation**
**PO Box 550**
**Potsdam, NY 13676**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$630.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.15** **Nonpriority creditor's name and mailing address**
**Lone Oak Leasing Inc**
**3183 State Highway**
**West Frankfort, IL 62896**
**Date(s) debt was incurred** **4/5/2017**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$47,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Claim against Twin Mills for not have a John Deere Logging Skidder insured per the lease with Loan Oke Leasing. Skidder caught fire while being leased by Twin Mills.**
Is the claim subject to offset? ■ No ☐ Yes

**3.16** **Nonpriority creditor's name and mailing address**
**Lone Oak Leasing Inc**
**3183 State Highway**
**West Frankfort, IL 62896**
**Date(s) debt was incurred** **2015 - Present**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$124,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Operating funds loaned to Twin Mills from Loan Oak Leasing.**
Is the claim subject to offset? ■ No ☐ Yes

**3.17** **Nonpriority creditor's name and mailing address**
**Lone Oak Leasing Inc**
**3183 State Highway**
**West Frankfort, IL 62896**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$19,600.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Twin Mills owes Loan Oak Leasing for leased 2005 Freightliner FLD120 and a 540B Log Skidder**
Is the claim subject to offset? ■ No ☐ Yes

**3.18** **Nonpriority creditor's name and mailing address**
**Missouri Power Transmission**
**2820 Reliable Parkway**
**Chicago, IL 60689-0028**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$476.18**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.19** **Nonpriority creditor's name and mailing address**
**National Union Fire Ins Co of PA**
**PO Box 827925**
**Philadelphia, PA 19182-7925**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$318.21**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Twin Mills Timber & Tie Company, Inc** Case number (if known)
Name

**3.20** **Nonpriority creditor's name and mailing address**
**Occupational Safety and Health Admi**
**11 Executive Drive, Ste. 11**
**Fairview Heights, IL 62208**
**Date(s) debt was incurred** 11/11/2016
**Last 4 digits of account number** 1557

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,227.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** OSHA Violations
Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** **Nonpriority creditor's name and mailing address**
**Praxair Distribution**
**Dept Ch 10660**
**Palatine, IL 60055-0660**
**Date(s) debt was incurred** _
**Last 4 digits of account number** E737

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,100.92**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Air gas
Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** **Nonpriority creditor's name and mailing address**
**Raben Tire**
**PO Box 4835**
**Evansville, IN 47724**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$261.91**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** **Nonpriority creditor's name and mailing address**
**Tara Curry**
**c/o Brian P. McGarry**
**McGarry & Malkovich**
**PO Box 966**
**Marion, IL 62959**
**Date(s) debt was incurred** 5/11/2017
**Last 4 digits of account number** 7L30

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Law Suit
Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** **Nonpriority creditor's name and mailing address**
**Viking Forest Products LLC**
**c/o Andrew J. Pieper**
**Stoel Rives LLP**
**33 South 6th Street, Suite 4200**
**Minneapolis, MN 55403**
**Date(s) debt was incurred** _
**Last 4 digits of account number** cv73

**As of the petition filing date, the claim is:** *Check all that apply.* **$872,416.88**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Arbitration award; Debot claims arbitraor lack jurisdiction.
Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** **Nonpriority creditor's name and mailing address**
**Wells Fargo Equipment Finance**
**300 Tri State International**
**Suite 40**
**Lincolnshire, IL 60069**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,622.66**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** **Nonpriority creditor's name and mailing address**
**Westfield Insurance**
**PO Box 9001566**
**Louisville, KY 40290-1566**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 6703

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,142.69**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Unpaid premiums
Is the claim subject to offset? ■ No ☐ Yes

---


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Twin Mills Timber & Tie Company, Inc** Case number (if known)
Name

| | | |
|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Westfield Insurance**<br>**PO Box 9001566**<br>**Louisville, KY 40290-1566**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Subrogation claim for Franklin County Law Suit 17L30**<br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Yellow Book Sales**<br>**PO Box 3162**<br>**Cedar Rapids, IA 52406**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* **$118.12**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Viking Forest Products LLC**<br>**PO Box 39811**<br>**Minneapolis, MN 55439** | Line **3.24**<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ **105,056.73** |
| **5b. Total claims from Part 2** | 5b. | + | $ **1,126,225.74** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ **1,231,282.47** |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Twin Mills Timber & Tie Company, Inc**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF ILLINOIS

Case number (if known) ______________

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Debtor leases a 2005 Freightliner FLD120 for $650 a month** | |
| State the term remaining | | **Lone Oak Leasing Inc**<br>**3183 State Highway**<br>**West Frankfort, IL 62896** |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Debtor leases a John Deere 540B Log Skidder for $550 a month** | |
| State the term remaining | | **Lone Oak Leasing Inc**<br>**3183 State Highway**<br>**West Frankfort, IL 62896** |
| List the contract number of any government contract | | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Debtor is buying 3183 State Rt 37, West Frankfort, IL contract for deed. Contract to be assumed. Also listed on Sch. D** | |
| State the term remaining | **51 months** | **McVicker Enterprises LLC**<br>**214 S Philip Rd**<br>**Niles, MI 49120** |
| List the contract number of any government contract | | |



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Twin Mills Timber & Tie Company, Inc**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF ILLINOIS

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Fred Wilson** | **889 Veterans Dr.**<br>**Eldorado, IL 62930** | **McVicker Enterprises LLC** | ■ D **2.2**<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | **Fred Wilson** | **889 Veterans Dr.**<br>**Eldorado, IL 62930** | **General Electric Capital Corp** | ■ D **2.1**<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **Keith Wilson** | **3183 State Highway 37**<br>**West Frankfort, IL 62896** | **McVicker Enterprises LLC** | ■ D **2.2**<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | **Trina Wilson** | **3183 State Highway 37**<br>**West Frankfort, IL 62896** | **McVicker Enterprises LLC** | ■ D **2.2**<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | **Wanda Wilson** | **889 Veterans Dr.**<br>**Eldorado, IL 62930** | **McVicker Enterprises LLC** | ■ D **2.2**<br>☐ E/F ____<br>☐ G ____ |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Twin Mills Timber & Tie Company, Inc** Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Westfield Insurance** | **PO Box 9001566<br>Louisville, KY 40290-1566** | **Tara Curry** | ☐ D<br>■ E/F **3.23**<br>☐ G |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Twin Mills Timber & Tie Company, Inc**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF ILLINOIS

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/16**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other | **$204,851.97** |
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$617,764.40** |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | **$849,805.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | **Insurance Claim** | **$25,000.00** |
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | **Insurance Claim** | **$5,648.02** |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Twin Mills Timber & Tie Company, Inc** Case number *(if known)*

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **RL Wells<br>902 S 1st St Se<br>Clay City, IL 62824** | **Within 90 days prepetition** | **$13,300.69** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. **Lone Oak Leasing Inc<br>3183 State Highway<br>West Frankfort, IL 62896** | **Within 90 days prepetition** | **$11,849.32** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. **Beacon Supply Company<br>1210 Highway 98 Byp<br>Columbia, MS 39429** | **Within 90 days prepetition** | **$9,483.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. **Seth Wilson<br>312 East 9th Street<br>West Frankfort, IL 62896** | **Within 90 days prepetition** | **$7,539.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Keith Wilson<br>3183 State Highway 37<br>West Frankfort, IL 62896<br>President** | **06/5/2016 - 6/5/2017** | **$24,000.00** | |
| 4.2. **Fred Wilson<br>889 Veterans Dr.<br>Eldorado, IL 62930<br>Co-Preseidnet** | **06/5/2016 - 6/5/2017** | **$25,000.00** | |
| 4.3. **Trina Wilson<br>3183 State Highway 37<br>West Frankfort, IL 62896<br>Wife of Presiden Keith Wilson** | **06/5/2016 - 6/5/2017** | **$14,000.00** | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Twin Mills Timber & Tie Company, Inc** Case number *(if known)*

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Loan Oak Leasing's Logging Skidder caught fire and Twin Mills was to insure the skidder while using it, but did not carry insurance on the skidder.** | | **April 2017** | **$0.00** |



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Twin Mills Timber & Tie Company, Inc** Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **A forklift ran into the power box and damaged the power box. Insurance paid a $25,000 claim for the power box.** | **$25,000** | **Dec 27 2016** | **$36,000.00** |

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bankruptcy Advocates, LLP**<br>**308 West Walnut**<br>**Carbondale, IL 62901** | | **6/2/2017** | **$3,283.00** |

**Email or website address**
**bankruptcyadvocates@gmail.com**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Unknown Craigslist** | **1996/1997 Frietliner ($1000)**<br>**1986 Western Star ($1000)**<br>**2000 F350 ($1000)** | **04/2017** | **$3,000.00** |

**Relationship to debtor**
**None**

**Part 7: Previous Locations**

14. **Previous addresses**



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Twin Mills Timber & Tie Company, Inc** Case number *(if known)*

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Twin Mills Timber & Tie Company, Inc** Case number *(if known)*

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Keith & Trina Wilson<br>3183 State Highway 37<br>West Frankfort, IL 62896** | **3268 State Highway 37<br>West Frankfort, IL 62896** | **log deck<br>14'John Boat 9HP WIT<br>2000 500 Scrambler<br>2008 400 polaris<br>2016 Yukon Denaii<br>2013 Harley<br>2003 20' Triton 150HP W/Trailer<br>2-horses<br>horse trailer<br>Horse tach<br>House hold items** | **Unknown** |
| **Seth Wilson<br>312 East 9th Street<br>West Frankfort, IL 62896** | **3268 State Highway 37<br>West Frankfort, IL 62896** | **1988 F150** | **$300.00** |
| **Fred Wilson<br>889 Veterans Dr.<br>Eldorado, IL 62930** | **3268 State Highway 37<br>Eldorado, IL 62930** | **cadilac cts<br>ford van<br>04 dodge 1500 truck<br>house hold items<br>34-Church Pews<br>20 ton press red<br>box blade<br>post hole diger<br>69 chevy dump truck<br>carport<br>safe<br>exercise equipment<br>church sign<br>69 loader** | **Unknown** |
| **Eric Siers** | **3268 State Highway 37<br>West Frankfort, IL 62896** | **1989 F150** | **$600.00** |
| **Danial Gonzales<br>609 Cool Breeze<br>Wentzville, MO 63385** | **3268 State Highway 37<br>West Frankfort, IL 62896** | **1980 Toyota Hatchback** | **$300.00** |
| **Will Fredderking<br>113 South Monroe<br>West Frankfort, IL 62896** | **3268 State Highway 37<br>West Frankfort, IL 62896** | **Nissan Pickup** | **$300.00** |



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Lone Oak Leasing Inc<br>3183 State Highway<br>West Frankfort, IL 62896 | 3268 State Highway 37<br>West Frankfort, IL 62896 | TD895 Black Mack Dump<br>TDxxx Red Mack Dump<br>TPWlOl Pressure washer<br>CE773 773 Bobcat w/2 set forks 2- buckets<br>UTIOl 16' Util Trailer<br>UT102 16' util trailer<br>14' BOX truck<br>6" gutter machine<br>5" gutter machine<br>24' cutoff sys<br>Baker cutup sys<br>Corley cut up system<br>Red Breakdown sys<br>2016 GMC 1500 SLT<br>1 -Log trailer<br>2005 freight liner<br>670 New Holland Bailer<br>690 D Trackhoe<br>2 welders 3ph<br>70' House Trailer<br>Hay mower<br>New holland hay bailer<br>Printice 410<br>case trencher | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Lone Oak Leasing Inc<br>3183 State Highway<br>West Frankfort, IL 62896 | 3268 State Highway 37<br>West Frankfort, IL 62896 | 07dodge 1500<br>5 ton overhead crane<br>2 heavy duty metal breaks<br>540BJD Skidder<br>38' Travel trailer<br>Slab belt<br>Slab Saw<br>sing1 head Morgan Band resaw<br>D5 Dozer<br>D6 Dozer<br>blue chop saw<br>4 -2 strand log decks<br>Lowboy<br>set of 4 tires 20.5~25 new<br>2 Mechanic beds<br>02 3500 mechanics truck<br>sizzor lift<br>black flat bed for 1 ton<br>500g fuel tank wltrailer<br>2000g fuel tank<br>300gfuel tank<br>150g fuel tank on trailer | Unknown |



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Twin Mills Timber & Tie Company, Inc** Case number *(if known)*

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Lone Oak Leasing Inc**<br>**3183 State Highway**<br>**West Frankfort, IL 62896** | **3268 State Highway 37**<br>**West Frankfort, IL 62896** | **Ice Macine**<br>**3- tool boxes**<br>**hand tools**<br>**Bike hoist red**<br>**50 ton Hydrualic Press w pump**<br>**2 -threading machines**<br>**Ramco Metal Cutting band saw**<br>**6- heavy duty snatch blocks**<br>**3- chain fall hoist**<br>**2 small electric hoist 2.5 ton or less**<br>**all hand tools in 3 tool chest**<br>**all milwalkee tools**<br>**2 refigerators**<br>**1 helle log turner**<br>**1 pole log turner**<br>**25- blue 4' metal crates**<br>**22' end trim saw**<br>**multi strand cross over**<br>**22' flat bed**<br>**3 breakdown systems**<br>**3 swinging cutoffs**<br>**2-wagner spray painters** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Lone Oak Leasing Inc**<br>**3183 State Highway**<br>**West Frankfort, IL 62896** | **3268 State Highway 37**<br>**West Frankfort, IL 62896** | **pressure washer on trailer**<br>**4- air compressors 3ph**<br>**3- air compressors lph**<br>**1 mach III facia break**<br>**building supplies**<br>**4- heavy duty roller systems**<br>**2- headach racks**<br>**truck bed trailer**<br>**new metal and metal racks**<br>**2- cutting torch sets on carts**<br>**lathe and all lathe tools**<br>**table saw**<br>**miter saw**<br>**red mechanics table**<br>**bed rail 5th wheel / gooseneck plates** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Lone Oak Leasing Inc**<br>**3183 State Highway**<br>**West Frankfort, IL 62896** | **3268 State Highway 37**<br>**West Frankfort, IL 62896** | **1 pallet of plexglass**<br>**2 boxes of windsheild seals**<br>**2 sets of kitchen cabnets**<br>**30+ doors**<br>**6 air conditioners**<br>**6 sets of industrial shelve**<br>**3- laser levels**<br>**200+ equipment repair manuals**<br>**2- surveillance systems**<br>**20+ bostitch nailers**<br>**3 computers**<br>**office furniture**<br>**metrotech 480** | **Unknown** |

**Part 12: Details About Environment Information**



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Tanner CPA Firm**<br>**509 1/2 e DeYoung Street**<br>**Marion, IL 62959** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Tanner Marlo CPA**<br>**509 1/2 East DeYoung**<br>**Marion, IL 62959** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Keith Wilson** | **3183 State Highway 37**<br>**West Frankfort, IL 62896** | **President** | **50%** |
| **Fred Wilson** | **889 Veterans Dr.**<br>**Eldorado, IL 62930** | **Co-President** | **50%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Twin Mills Timber & Tie Company, Inc** Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Keith Wilson**<br>**3183 State Highway 37**<br>**West Frankfort, IL 62896**<br>Relationship to debtor<br>**President** | **See line 4 above; $24,000** | **06/5/2016 - 6/5/2017** | |
| 30.2. | **Fred Wilson**<br>**889 Veterans Dr.**<br>**Eldorado, IL 62930**<br>Relationship to debtor<br>**Co-Preseidnet** | **See line 4 above; $25,000** | **06/5/2016 - 6/5/2017** | |
| 30.3. | **Trina Wilson**<br>**3183 State Highway 37**<br>**West Frankfort, IL 62896**<br>Relationship to debtor<br>**Wife of Presiden Keith Wilson** | **See line 4 above; $14,000** | **06/5/2016 - 6/5/2017** | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 5, 2017**

***/s/* Keith Wilson** — Signature of individual signing on behalf of the debtor

**Keith Wilson** — Printed name

Position or relationship to debtor **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Illinois

In re **Twin Mills Timber & Tie Company, Inc** Debtor(s)

Case No.
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **3,283.00** |
| Prior to the filing of this statement I have received | $ **3,283.00** |
| Balance Due | $ **0.00** |

2. $ **1,717.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   b. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding. Preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods. Preparation and filing of reaffirmation agreements and applications as needed. Negotiations with secured creditors to reduce claims to market value of collateral. Defense of proceedings challenging the good faith of the case under Section 707. Attorney fees for those services will be either a lump sum or $250 per hour depending on agreement with client.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 5, 2017**
*Date*

**/s/ Darrell Dunham**
**Darrell Dunham 3124260**
*Signature of Attorney*
**Bankruptcy Advocates, LLP**
**308 West Walnut**
**Carbondale, IL 62901**
**618-549-9800 Fax: 618-549-9805**
**bankruptcyadvocates@gmail.com**
*Name of law firm*

# United States Bankruptcy Court
## Southern District of Illinois

In re **Twin Mills Timber & Tie Company, Inc** Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **-NONE-** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **June 5, 2017**

Signature **/s/ Keith Wilson**
**Keith Wilson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of Illinois

| | | | |
|---|---|---|---|
| In re | **Twin Mills Timber & Tie Company, Inc** | Case No. | |
| | Debtor(s) | Chapter | **11** |

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge and that it corresponds to the creditors listed in our schedules.

Date: **June 5, 2017**

**/s/ Keith Wilson**
**Keith Wilson**/**President**
Signer/Title

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Alstat Wood Products
456 Hwy 4
Murphysboro, IL 62966

Antonik Law Office
PO Box 594
Mount Vernon, IL 62864

CT Corporation
Irvine Corporate Service Team
CT Irvine Service Group
2875 Michelle Ste 100
Irvine, CA 92606-1024

David Hollon
c/o Brad L. Badgley
26 Public Square
Belleville, IL 62220

Dvis & Sons Co
PO Box 444
Fairfield, IL 62837

Ervin Leasing
PO Box 1689
Ann Arbor, MI 48106

Fred Wilson
889 Veterans Dr.
Eldorado, IL 62930

Frontier Communications
PO Box 2955
Phoenix, AZ 85062-2955

General Electric Capital Corp
1010 Thomas Edison Blvd., SW
Cedar Rapids, IA 52404

General Electric Capital Corp
PO Box 740425
Atlanta, GA 30374-0425

Hensons Septic Service
PO Box 337
Percy, IL 62896

Illinois Department of Employment S
Bankruptcy Unit
33 S. State Street, 10th Floor
Chicago, IL 60603

Illinois Department of Revenue
BK Unit Level 7-425
100 Randolph St
Chicago, IL 60601

Internal Revenue Service
Bankruptcy
PO Box 7346
Philadelphia, PA 19101-7345

Jeffrey Phillips
c/o Sam C. Mitchell
Sam C. Mitchell & Associates
PO Box 280
West Frankfort, IL 62896

John Deere Financial fsb
PO Box 650215
Dallas, TX 75265-0215

Keith Wilson
3183 State Highway 37
West Frankfort, IL 62896

Knapp Oil Co.
220 Front Street
PO Box 215
Xenia, IL 62899

Kubota Credit Corp
PO Box 0559
Carol Stream, IL 60132-0059

Lavalle Transportation
PO Box 550
Potsdam, NY 13676

Lone Oak Leasing Inc
3183 State Highway
West Frankfort, IL 62896

McVicker Enterprises LLC
214 S Philip Rd
Niles, MI 49120

Missouri Power Transmission
2820 Reliable Parkway
Chicago, IL 60689-0028

National Union Fire Ins Co of PA
PO Box 827925
Philadelphia, PA 19182-7925

Occupational Safety and Health Admi
11 Executive Drive, Ste. 11
Fairview Heights, IL 62208

Praxair Distribution
Dept Ch 10660
Palatine, IL 60055-0660

Raben Tire
PO Box 4835
Evansville, IN 47724

Tara Curry
c/o Brian P. McGarry
McGarry & Malkovich
PO Box 966
Marion, IL 62959

TCF Equipment Finance Inc
11100 Wayzata Blvd Ste 801
Minnetonka, MN 55305

Trina Wilson
3183 State Highway 37
West Frankfort, IL 62896

Viking Forest Products LLC
c/o Andrew J. Pieper
Stoel Rives LLP
33 South 6th Street, Suite 4200
Minneapolis, MN 55403

Viking Forest Products LLC
PO Box 39811
Minneapolis, MN 55439

Wanda Wilson
889 Veterans Dr.
Eldorado, IL 62930

Wells Fargo Equipment Finance
300 Tri State International
Suite 40
Lincolnshire, IL 60069

Westfield Insurance
PO Box 9001566
Louisville, KY 40290-1566

Yellow Book Sales
PO Box 3162
Cedar Rapids, IA 52406