UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) |
| | ) |
| TWIN MILLS TIMBER & TIE | ) In Proceedings Under |
| COMPANY, INC., | ) Chapter 11 |
| | ) |
| Debtor, | ) Case No. 17-40491-lkg |
| | ) |
| DAVID HOLLON, | ) |
| | ) |
| Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| TWIN MILLS TIMBER & TIE | ) |
| COMPANY, INC., | ) |
| | ) |
| Respondents. | ) |

## MOTION FOR RELIEF FROM STAY TO PROCEED WITH STATE COURT AND WORKERS' COMPENSATION PROCEEDINGS

Movant, David Hollon, by and through Brad L. Badgley, Brad L. Badgley, P.C, his attorney, moves for relief under Bankruptcy Rule 400l and 6007 and Section 362(d) of the Bankruptcy Code, from the automatic stay imposed by Section 382(a) of the Bankruptcy Code, and for an order from the automatic stay imposed by Section 362(a) of the Bankruptcy Code, and in support thereof states as follows:

l. On June 5, 20l7, ("Petition Date"), the above-named Debtor filed its Voluntary Petition for Relief under Chapter 11 of the Bankruptcy Code.

2. This Court has jurisdiction over this matter pursuant to 11 U.S.C. Section 362 and 28 U.S.C. Section 157 and 1334 and Bankruptcy Rules 4001 and 9014. This is a "core" proceeding under 28 U.S.C., Section 157(b)(2)(G).

3. Venue is proper in this Court pursuant to 28 U.S.C. Section 1409.

4. Movant is a resident of the State of Illinois. On or about September 19, 2016, Movant filed an Application for Adjustment of Claim against Debtor Twin Mills Timber & Tie Company, Inc., as well as non-debtor Westfield Insurance Company before the Illinois Workers' Compensation Commission. The worker's compensation litigation was stayed by the commencement of the Debtors' Chapter 11 case. (A copy of the Application for Adjustment of Claim is attached hereto and marked as Exhibit A and incorporated herein by reference).

5. David Hollon was employed by the Debtor and suffered an accident on July 28, 2016 which is compensable and covered by the Illinois Workers' Compensation Act.

6. The Debtor has an insurance policy with Westfield Insurance Company providing coverage for the claims and the cost of defense.

7. The Debtor, because of the insurance coverage provided by Westfield Insurance Company, can demonstrate that the assets of Debtor would not be diminished by granting relief to the automatic stay.

WHEREFORE, the Movant prays that:

i) That pursuant to 11 U.S.C., Section 362(d), this Court enter an Order modifying the automatic stay imposed by Section 362(a) of the Bankruptcy Code to allow the Movant

to prosecute his Workers' Compensation Claim No. 16-WC-029141, to judgment or other resolution;

ii) That pursuant to 11 U.S.C., Section 362(d), this Court enter an Order modifying the automatic stay imposed by Section 362(a) of the Bankruptcy Code to allow the Movant to prosecute his Workers' Compensation Claim No. 16-WC-029141 filed with the Illinois Workers' Compensation Commission to judgment or other resolution;

iii) This Court liquidate the Movant's claims;

iv) That Movant be allowed to seek satisfaction of any judgment (or other resolutions) obtained on the above matter from the proceeds of the applicable insurance coverage available to Twin Mills Timber & Tie Company, Inc.

v) That pursuant to 11 U.S.C. Section 362(d), this Court enter an Order granting relief from the provisions of the Automatic Stay, the provisions of 11 U.S.C. Section 524 (the stays effective upon discharge), and any and all others or injunctions which are or may be in effect, by terminating, annulling, modifying or conditioning said stays or injunctions as the insurance proceeds, so as to permit Movant to exercise any and all remedy available to him under any applicable law or contractual agreement between David Hollon and Debtor, including without limitation, the right to implement or continue proceedings before the Illinois Workers' Compensation Commission in regarding to Claim No. 16-WC-029141.

vi) For such other and further relief as may be just, equitable and proper.


David Hollon


/s/    Brad L. Badgley_____
By:    Brad L. Badgley

DATED: August 3, 20l7

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TWIN MILLS TIMBER & TIE | ) | In Proceedings Under |
| COMPANY, INC., | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | Case No. 17-40491-lkg |
| | ) | |
| DAVID HOLLON, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TWIN MILLS TIMBER & TIE | ) | |
| COMPANY, INC., | ) | |
| | ) | |
| Respondents. | ) | |

## EXHIBIT SUMMARY AND CERTIFICATE OF SERVICE

The following exhibit in reference to the Motion for Relief from Stay filed by David Hollon, are available upon request.  Movant will bring exhibits to any scheduled Court hearing on this matter:

Illinois Workers' Compensation Commission Application
for Adjustment of Claim.

/s/         Brad L.Badgley
By:        Brad L. Badgley

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 20l7, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) electronically to the following:

Darrell W. Dunham on behalf of Debtor Twin Mills Timber & Tie Company, Inc.
United States Trustee

and mailed to the following on August 3, 20l7, by placing same in properly addressed envelopes with sufficient prepaid postage affixed thereto and depositing in the U.S. Mail in Belleville, Illinois:

All Scheduled Creditors Listed on Debtor's Mailing Matrix

Twin Mills Timber & Tie Company, Inc.
P.O. Box 34
West Frankfort, Illinois   62896

Ms. Jennifer Langan
Claims Adjuster
Westfield Insurance
P.O. Box 5005
Westfield Center, Ohio   4425l
Claim Number:   0001698185

Adam B. Lawler
Lawler Brown Law Firm
1600 West Main Street
P.O. Box 148
Marion, Illinois   62959

Courtesy copies sent to the following on August 3, 20l7, by placing same in properly addressed envelopes with sufficient prepaid postage affixed thereto and depositing in the U.S. Mail in Belleville, Illinois:

Brian P. McGarry
McGarry & Malkovich
500 North Market Street
P.O. Box 966
Marion, Illinois   62959

Douglas Heise
Heyl, Royster, Voelker & Allen
l05 West Vandalia Street
Mark Twain Plaza III - Suite l00
Edwardsville, Illinois   62025

Richard Valentino
SmithAdmundsen LLC
l50 North Michigan Avenue - Suite 330
Chicago, Illinois   6060l

Roddy Law Ltd
303 West Madison Street - Suite l900
Chicago, Illinois   60606

/s/      Brad L. Badgley

## ILLINOIS WORKERS' COMPENSATION COMMISSION
## APPLICATION FOR ADJUSTMENT OF CLAIM  (APPLICATION FOR BENEFITS)

ATTENTION. Please type or print. Answer all questions. File three copies of this form.

Workers' Compensation Act **X** Occupational Diseases Act ___    Fatal case? No **X** Yes ___ Date of death **N/A**

SEP 23 2016

**DAVID HOLLON**
Employee/Petitioner

Case # (Office use only)    **16WC029141**

v.

**TWIN MILLS TIMBER & TIE CO.**
Employer/Respondent

Location of accident **West Frankfort,** IL
or last exposure    City, State

**David Hollon**        **312 East 9th Street, West Frankfort, IL 62896**
Injured employee's name [1]        Street address        City, State, Zip code

**Twin Mills Timber & Tie Co.   3268 State Highway 37, West Frankfort, IL** 62896
Employer's name        Street address        City, State, Zip code

Employee information: State Employee? Yes ___ No **X**    Male **X** Female ___    Married ___ Single **X**

\# Dependents under age 18 **3**    Birthdate **5/24/89**    Average weekly wage $ **520.00**

Date of accident [2] **7/28/16**    The employer was notified of the accident orally **X** in writing ___

How did the accident occur? **Petitioner, while in the course of his employment by Respondent as a laborer, lacerated his foot with a chain saw while attempting to cut 2 X 6 boards.**

What part of the body was affected? **left foot**

What is the nature of the injury? **laceration**    Return-to-work date [3] **unknown**

Is a *Petition for an Immediate Hearing* attached? Yes ___    No **X**

Is the injured employee currently receiving temporary total disability benefits? Yes **X**  No ___

If a prior application was ever filed for this employee, list the case number and its status    **N/A**

ATTENTION, PETITIONER. This is a legal document. Be sure all blanks are completed correctly and you understand the statements before you sign this. Refer to the Commission's *Handbook on Workers' Compensation and Occupational Diseases* [4] for more information.

X *David Hollon*
Signature of petitioner

**9/19/16**
Date

### APPEARANCE OF PETITIONER'S ATTORNEY
Please attach a copy of the *Attorney Representation Agreement*.

Signature of attorney

**Brad L. Badgley    #1413**
Attorney's name and IC code # [5] (please print)

**Brad L. Badgley, P.C.**
Firm name

**26 Public Square**
Street address

**Belleville, IL 62220**
City, State, Zip code

**618-235-1000    bbadg@aol.com**
Telephone number    E-mail address

**PROOF OF SERVICE**

If the person who signed the *Proof of Service* is not an attorney, this form must be notarized.
If you prefer, you may submit the front of this application form with the *Proof of Service* on a separate page.

I, __Brad L. Badgley__ , affirm that I delivered _____ mailed with proper postage __X__

in the city of __Belleville__ a copy of this form

at _5:00_ **P**M on _9/19/16_ to the respondent listed on this application and to each

additional party, if any, at the address listed below.

```
Illinois Workers' Compensation Commission
100 West Randolph - Suite 8-200
Chicago, IL  60601

Ms. Jennifer Langan
Claims Adjuster
Westfield Insurance
P.O. Box 5005
Westfield Center, Ohio  44251

Twin Mills Timber & Tie Co.
3268 State Highway 37
West Frankfort, IL  62896
```

_____
Signature of person completing *Proof of Service*

Signed and sworn to before me on   _9/19/16_

_Janice Kay Mueth_
Notary Public

> "OFFICIAL SEAL"
> JANICE KAY MUETH
> NOTARY PUBLIC — STATE OF ILLINOIS
> MY COMMISSION EXPIRES OCT. 8, 2017

---

[1] In most cases, the injured employee files this application and is referred to as the petitioner. If the injury was fatal, or if the worker is a minor or incapacitated, another person (as allowed by law) may file. In those cases, the person filing the application is the petitioner, and the worker is referred to as the injured employee. Please complete information related to age, etc., for the injured employee.

[2] This may be the date of the accident, last exposure, disability, or death.

[3] If the employee has not returned to work, leave this space blank.

[4] The Commission publishes a handbook that explains the workers' compensation system. If you would like a copy, please call any of the Commission offices listed on the other side of this form.

[5] The Commission assigns code numbers to attorneys who regularly practice before it. To obtain or look up a code number, contact the Information Unit in Chicago or any of the downstate offices at the telephone numbers listed on this form.

IC1 page 2