UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS

IN RE:                                      )
                                            )
TWIN MILLS TIMBER & TIE                     )   In Proceedings Under
COMPANY, INC.,                              )   Chapter 11
                                            )
              Debtor,                       )    Case No.    17-40491-lkg
                                            )
DAVID HOLLON,                               )
                                            )
              Movant,                       )
                                            )
vs.                                         )
                                            )
TWIN MILLS TIMBER & TIE                     )
COMPANY, INC.,                              )
                                            )
              Respondents.                  )

## NOTICE OF MOTION OR OTHER REQUESTS FOR RELIEF
## FROM AUTOMATIC STAY

The above-captioned persons shall take notice that a motion or other request to lift the automatic stay in the above-captioned bankruptcy has been electronically filed on behalf of David Hollon.

Objections to the attached motion must be filed with the United States Bankruptcy Clerk, Southern District of Illinois, 301 West Main, Benton, Illinois, 62812, on or before **August 17, 2017**, with a copy forwarded to Creditor's Attorney, the Trustee, and any other creditors who may have an interest.  If no objections to the relief sought are timely filed, an Order granting the same may be entered forthwith.

You are further notified that if an objection to this motion is filed, a preliminary hearing on the motion will be held on **August 28, 2017 at 9:00 a.m.** at the United States Bankruptcy Court, Southern District of Illinois, 301 West Main, Benton, Illinois, 62812.  If

a party fails to appear in person or by counsel, the Court may proceed with the scheduled hearing and may enter an appropriate order or judgment, including dismissal of the pending motion.


David Hollon


By:/s/      Brad L. Badgley
        Brad L. Badgley, P.C.
        26 Public Square
        Belleville, Illinois    62220
        618-235-1000
        618-235-1086 - fax
        bbadg@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) electronically to the following:

Darrell W. Durham on behalf of Debtor Twin Mills Timber & Tie Company, Inc.
United States Trustee

and mailed to the following on August 3, 2017, by placing same in properly addressed envelopes with sufficient postage affixed thereto and depositing in the U.S. Mail in Belleville, Illinois:

All Scheduled Creditors Listed on Debtor's Mailing Matrix

Twin Mills Timber & Tie Company, Inc.
P.O. Box 34
West Frankfort, Illinois   62896

Ms. Jennifer Langan
Claims Adjuster
Westfield Insurance
P.O. Box 5005
Westfield Center, Ohio   44251
Claim Number:   0001698185

/s/      Brad L. Badgley

Brian P. McGarry
McGarry & Malkovich
500 North Market Street
P.o. Box 966
Marion, Illinois   62959

Douglas Heise
Heyl, Royster, Voelker & Allen
l05 West Vandalia Street
Mark Twain Plaza III - Suite l00
Edwardsville, Illinois   62025

Richard Valentino
SmithAdmundsen LLC
l50 North Michigan Avenue - Suite 3300
Chicago, Illinois   60601

Roddy Law Ltd
303 West Madison Street - Suite l900
Chicago, Illinois   60606